**Evelyn B. CREMEENS,
Plaintiff-Appellant,**

v.

**SCHLUETER MANUFACTURING CO.,
Defendant-Respondent.**

No. 49058.

Missouri Court of Appeals,
Eastern District,
Division One.

June 4, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Roger M. Hibbitts, Florissant, for plaintiff-appellant.

Raymond J. Flunker, Evans & Dixon, St. Louis, for defendant-respondent.

## ORDER

PER CURIAM.

Appeal from a judgment of the Circuit Court of the City of St. Louis affirming the Industrial Commission's finding that employee's (appellant) claim was barred by the statute of limitations.

The judgment is affirmed in accordance with Rule 84.16(b).